# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE PENNSYLVANIA STATE UNIVERSITY, | : : | |
| Plaintiff | : : | No. 1:19-cv-02039 |
| v. | : : | (Judge Kane) |
| KEYSTONE ALTERNATIVES LLC d/b/a GOPSURV.COM and MARK LAUER, | : : : : | |
| Defendants | : | |

## ORDER

**AND NOW**, on this 5th day of March 2020, upon consideration of Defendants' motion to dismiss (Doc. No. 14), and in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Defendants' motion to dismiss (Doc. No. 14) is **DENIED**; and

2. Defendants are directed to file an answer to Plaintiff's complaint (Doc. No. 1) within fourteen (14) days of the date of this Order.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
