## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THE PENNSYLVANIA STATE UNIVERSITY,** | : | |
| **Plaintiff** | : | **No. 1:19-cv-02039** |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | |
| **KEYSTONE ALTERNATIVES LLC d/b/a GOPSURV.COM and MARK LAUER,** | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, on this 12th day of August 2020, upon consideration of Plaintiff's motion to dismiss (Doc. No. 33) Count IV of Defendants' counterclaims (Doc. No. 32), and in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT** Plaintiff's motion to dismiss is **GRANTED**.  Defendants' counterclaim for tortious interference (Count IV) is **DISMISSED WITH PREJUDICE**.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania