# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE PENNSYLVANIA STATE UNIVERSITY; <br><br> Plaintiff, <br> vs. <br><br> KEYSTONE ALTERNATIVES LLC d/b/a GOPSURV.COM and MARK LAUER; <br><br> Defendants. | Case No. 1:19-CV-2039 <br><br> Hon. Yvette Kane |

## DEFENDANTS' EXPERT WITNESS DISCLOSURES

Defendants Keystone Alternatives LLC and Mark Lauer, by and through counsel, hereby make their expert witness disclosures. At the present time, Defendants reasonably expect to offer the expert testimony of: (1) Jeffrey J. Neuman, a domain name expert, attorney and former UDRP judge; and (2) Steven Boyles, a CPA and an expert in damages.

It is anticipated that Mr. Neuman will provide testimony relevant to the distinctiveness and descriptiveness of <gopsurv.com> and issues relating to domain selection and registration of gTLDs.

It is anticipated that Mr. Boyles will provide testimony relevant to damages, revenue, profits and other financial and accounting considerations.

Mr. Neuman's curriculum vitae and expert report and are attached hereto as **Exhibit A**.

Mr. Boyles curriculum vitae and expert report are attached hereto as **Exhibit B**.

DATED this the 30th day of September 2021.

<u>*/s/ Steven Rinehart*</u>
Steven Rinehart (Pro Hac Vice)
**VESTED LAW, LLP**
110 S. Regent Street, Suite 200
Salt Lake City, UT 84111
Telephone: (888) 941-9933
Mobile: (801) 347-5173
Facsimile: (801) 665-1292
Email: steve@websiteattorneys.com

Jeremy A. Donham (206980)
**DONHAM LAW**
315 High Street
Morgantown, WV 26505
Tel: 717-881-7855
Email: j.donham@donhamlaw.com

Charles J. Hobbs (209321)
**THE HOBBS LAW FIRM**
256 E. Market Street
York, PA 17403
Tel: 717-793-2398
Email: chobbs@thehobbslawfirm.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of September 2021, a true and correct copy of the foregoing **DEFENDANT'S EXPERT WITNESS DISCLOSURES** was served on the following person(s) indicated below:

| All parties/counsel of record, including:<br><br>Megan Haines<br>Lucy Jewett Wheatley<br>Claire Hagan Eller<br>Matthew Rosendahl<br>MCGUIRE WOODS LLP<br>260 Forbes Avenue<br>Pittsburgh, PA 15222<br>Phone: (412) 667-6000<br>*Attorneys for Plaintiff* | \_\_\_\_\_ US Mail, Postage Prepaid<br><br>\_\_\_\_\_ Facsimile<br><br>\_\_\_\_\_ Hand-Delivery<br><br>\_\_\_\_\_ Federal Express<br><br>__X__ Electronically (ECF/PACER) |
|---|---|

*/s/ Steven Rinehart*
Steven Rinehart (Pro Hac Vice)
**VESTED LAW, LLP**
110 S. Regent Street, Suite 200
Salt Lake City, UT 84111
Telephone: (888) 941-9933
Mobile: (801) 347-5173
Facsimile: (801) 665-1292
Email: steve@utahpatentattorneys.com