# STEVEN RINEHART, ESQ
REGISTERED PATENT ATTORNEY
**VESTED LAW LLP**
110 S. REGENT STREET, SUITE 200 • SALT LAKE CITY, UT 84111
TELEPHONE: (801) 347-5173
SRINEHART@VESTEDLAW.COM

October 4, 2021

VIA U.S. POST

Middle District of Pennsylvania C/O Clerk of the Court
Ronald Reagan Federal Bldg. & U.S. Courthouse
228 Walnut Street
Harrisburg, PA 17101

**RE: SEALED EXHIBIT A TO MOTION TO COMPEL DEPOSITION TESTIMONY
THE PENNSYLVANIA STATE UNIVERSITY V. KEYSTONE ALTERNATIVES LLC ET AL.
CASE 1:19-CV-2039 (M.D. Pa).**

To the Honorable Court:

Please find on the enclosed flash drive a digital copy of modified Exhibit A to Defendants' Motion to Compel (ECF 114), being filed under seal per the order of the Court (ECF 118) in Case 1:19-cv-2039 for *The Pennsylvania State University v. Keystone Alternatives LLC et al.* (M.D. Pa).

Sincerely Yours,

Steven L. Rinehart
*Attorney for Defendants* (Pro Hac Vice)

FILED
HARRISBURG, PA

OCT 07 2021

PER _____
DEPUTY CLERK

Steven Rinehart
110 S. Regent Street, Suite 200
Salt Lake City, UT 84111

Middle District of PA
Ronald Reagan Federal Building
228 Walnut Street
Harrisburg, PA 17101