# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE PENNSYLVANIA STATE UNIVERSITY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KEYSTONE ALTERNATIVES LLC, d/b/a GoPSUrv.com; and MARK LAUER,<br><br>　　　　　Defendants. | Case No. 1:19-cv-02039-YK |

## JOINT STIPULATION TO EXTEND DEADLINES FOR MOTIONS TO EXCLUDE EXPERT OPINIONS PURSUANT TO *DAUBERT v. MERRELL DOW PHARMACEUTICALS, INC.*

Plaintiff The Pennsylvania State University ("Penn State") and Defendants Keystone Alternatives LLC and Mark Lauer (collectively, "Defendants"), by and through their undersigned counsel, hereby jointly stipulate to the extension of the deadline to file motions to exclude expert opinions and testimony pursuant to *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993). In support of this joint stipulation, the parties hereby state as follows:

1. The deadline for *Daubert* motions is currently October 15, 2021.

2. Penn State intends to file *Daubert* motions to exclude the opinions of Defendants' two experts. Defendants do not intend to file any motions.

3. Under the current schedule, Defendants' deadline to respond to Penn State's *Daubert* motions is October 29, 2021.

4. Defendants' counsel has informed counsel for Penn State that Defendants' lead counsel has recently experienced health difficulties, the details of which Defendants will communicate to the Court by a separate filing.

5. Defendants' counsel has further informed Penn State's counsel that these health difficulties have required the hospitalization of Defendants' lead counsel, who has control of and access to a considerable amount of information related to this case.

6. To allow time for Defendants' counsel to prepare a response to Penn State's *Daubert* motions, or to otherwise evaluate the condition of Defendants' lead counsel, the parties have jointly agreed to a two-week extension of the deadline for the filing of *Daubert* motions, extending the deadline for such motions to October 29, 2021, and the deadline for Defendants' responses to November 12, 2021.

7. The stipulated extension will not affect the other deadlines established by the Court.

Dated: October 14, 2021     Respectfully submitted,

By: /s/Lucy Jewett Wheatley_____     By: /s/ Jeremy A. Donham_____
Lucy Jewett Wheatley (*Pro Hac Vice*)     Charles J. Hobbs (209321)
Claire Hagan Eller (*Pro Hac Vice*)     THE HOBBS LAW FIRM
McGuireWoods LLP     256 E. Market Street
800 East Canal Street     York, PA 17403
Richmond, VA 23219     Email: chobbs@thehobbslawfirm.com
Tel: (804) 775-1368
Fax: (804) 698-2130     Jeremy A. Donham (206980)
Email: lwheatley@mcguirewoods.com     DONHAM LAW

| | |
|---|---|
| Email: celler@mcguirewoods.com | 315 High Street<br>Morgantown, WV 26505<br>Email: donhamlaw@comcast.net |
| Allison Ebeck, Esquire<br>Pa. I.D. No. 322837<br>McGuireWoods LLP<br>Tower Two Sixty – Suite 1800<br>260 Forbes Avenue<br>Pittsburgh, PA 15222<br>(412) 667-6000<br>E-mail: aebeck@mcguirewoods.com | Steven Rinehart (Pro Hac Vice)<br>VESTED LAW, LLP<br>110 S. Regent Street, Suite 200<br>Salt Lake City, UT 84111<br>Email: steve@websiteattorneys.com |
| *Attorneys for The Pennsylvania State University* | *Attorneys for Defendants Keystone Alternatives LLC and Mark Lauer* |

Date: 10/15/21  \_\_\_\_s/ Yvette Kane_____