IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE PENNSYLVANIA STATE UNIVERSITY, | : : | |
|     Plaintiff | : : | No. 1:19-cv-2039 |
| v. | : : | (Judge Kane) |
| KEYSTONE ALTERNATIVES LLC d/b/a GOPSURV.COM and MARK LAUER, | : : | |
|     Defendants | : | |

## ORDER

**AND NOW**, on this 19th day of October 2021, upon consideration of Defendants' Motion for Leave to Stay Case Deadlines (Doc. No. 125), which is based on Defendants' lead counsel's COVID-19 diagnosis and current serious medical condition, and for good cause shown, **IT IS ORDERED THAT**:

1. The Motion for Leave to Stay Case Deadlines (Doc. No. 125) is **GRANTED**;

2. All existing case management deadlines are **CONTINUED** until further Order of Court; and

3. A telephone status conference will be held on December 2, 2021, at 11:30 AM. Plaintiff's counsel shall initiate the conference call. The telephone number for purposes of this call is 717-221-3990.

                                                                 s/ Yvette Kane
                                                              Yvette Kane, District Judge
                                                              United States District Court
                                                              Middle District of Pennsylvania