# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE PENNSYLVANIA STATE UNIVERSITY,<br><br>               Plaintiff,<br><br>v.<br><br>KEYSTONE ALTERNATIVES LLC, d/b/a GoPSUrv.com; and MARK LAUER,<br><br>               Defendants. | Case No. 1:19-cv-02039-YK |

## PLAINTIFF THE PENNSYLVANIA STATE UNIVERSITY'S MOTION TO EXCLUDE THE OPINIONS OF JEFFREY J. NEUMAN UNDER RULE 702 AND *DAUBERT*

Plaintiff The Pennsylvania State University ("Penn State"), by and through its attorneys, hereby moves the Court to exclude the proposed testimony and expert report of Jeffrey J. Neuman under Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993). In support of this motion, Penn State refers the Court to its Brief in Support filed concurrently herewith.

WHEREFORE, for the reasons stated in the accompanying Brief, Penn State respectfully requests that this Court enter an order excluding the opinions of Mr. Neuman in their entirety under Rule 702 and *Daubert*.

Dated: December 13, 2021

Respectfully submitted,

By: /s/ *Lucy Jewett Wheatley*
Lucy Jewett Wheatley (*Pro Hac Vice*)
Claire Hagan Eller (*Pro Hac Vice*)
McGuireWoods LLP
800 East Canal Street
Richmond, VA 23219
Tel: (804) 775-1368
Fax: (804) 698-2130
Email: lwheatley@mcguirewoods.com
Email: celler@mcguirewoods.com

Allison Ebeck, Esquire
Pa. I.D. No. 322837
McGuireWoods LLP
Tower Two Sixty – Suite 1800
260 Forbes Avenue
Pittsburgh, PA 15222
(412) 667-6000
E-mail: aebeck@mcguirewoods.com

*Attorneys for The Pennsylvania State University*

## CERTIFICATE OF CONCURRENCE/NON-CONCURRENCE

I hereby certify that, on December 10, 2021, Plaintiff's counsel contacted Defendants' counsel regarding possible concurrence with the foregoing motion. Defendants' counsel did not concur with the filing of this motion.

By: /s/ *Lucy Jewett Wheatley*
Lucy Jewett Wheatley (*Pro Hac Vice*)
McGuireWoods LLP
800 East Canal Street
Richmond, VA 23219
Tel: (804) 775-1368
Fax: (804) 698-2130
Email: lwheatley@mcguirewoods.com

*Attorney for The Pennsylvania State University*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system on this 13th day of December, 2021, which constitutes service on Defendants, who are registered users of the CM/ECF system pursuant to Fed. R. Civ. P. 5(b)(2)(E):

>Charles J. Hobbs (209321)
>THE HOBBS LAW FIRM
>256 E. Market Street
>York, PA 17403
>Tel: 717-793-2398
>Email: chobbs@thehobbslawfirm.com

>Jeremy A. Donham (206980)
>DONHAM LAW
>315 High Street
>Morgantown, WV 26505
>Tel: 717-676-7749
>Email: donhamlaw@comcast.net

>Steven Rinehart (*Pro Hac Vice*)
>VESTED LAW, LLP
>110 S. Regent Street, Suite 200
>Salt Lake City, UT 84111
>Telephone: (888) 941-9933
>Email: steve@websiteattorneys.com

>>By: /s/ *Lucy Jewett Wheatley*
>>Lucy Jewett Wheatley (*Pro Hac Vice*)
>>McGuireWoods LLP
>>800 East Canal Street
>>Richmond, VA 23219
>>Tel: (804) 775-1368
>>Fax: (804) 698-2130
>>Email: lwheatley@mcguirewoods.com
>>
>>*Attorney for The Pennsylvania State University*

3