# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE PENNSYLVANIA STATE UNIVERSITY,<br><br>                Plaintiff,<br><br>v.<br><br>KEYSTONE ALTERNATIVES LLC, d/b/a GoPSUrv.com; and MARK LAUER,<br><br>                Defendants. | Case No. 1:19-cv-02039-YK |

## [PROPOSED] ORDER

AND NOW, this ___ day of _____, 2022, upon consideration of the Motion to Exclude the Opinions of Jeffrey J. Neuman Under Rule 702 and *Daubert* filed by The Pennsylvania State University, it is hereby ORDERED that the Motion is GRANTED. The Court hereby EXCLUDES the testimony and opinions of Mr. Neuman in their entirety.

                BY THE COURT:

                _____
                Hon. Yvette Kane
                United States District Judge