# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE PENNSYLVANIA STATE UNIVERSITY, | : | |
|     Plaintiff | : | No. 1:19-cv-02039 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| KEYSTONE ALTERNATIVES LLC d/b/a GOPSURV.COM and MARK LAUER, | : | |
|     Defendants | : | |

## ORDER

**AND NOW**, on this 27th day of September 2022, upon consideration of Defendants Keystone Alternatives LLC d/b/a GoPSUrv.com and Mark Lauer ("Defendants")' objections (Doc. No. 148) to Magistrate Judge Saporito's December 10, 2021 Memorandum and Order (Doc. Nos. 133-34) denying Defendants' motion to compel the deposition testimony of Coach James Franklin, and the briefing associated with those objections (Doc. Nos. 149, 152), **IT IS ORDERED THAT** Defendants' objections (Doc. No. 148) are **OVERRULED**, and Magistrate Judge Saporito's Order denying Defendants' motion to compel (Doc. No. 133) is **AFFIRMED**.

 s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania