# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THE PENNSYLVANIA STATE UNIVERSITY,** | : | |
| **Plaintiff** | : | No. 1:19-cv-02039 |
| | : | |
| | : | **(Judge Kane)** |
| v. | : | |
| | : | |
| **KEYSTONE ALTERNATIVES LLC D/B/A GOPSURV.COM and MARK LAUER,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, on this 30th day of September 2022, upon consideration of Keystone Alternatives LLC d/b/a GoPSUrv.com and Mark Lauer ("Defendants")' motion to dismiss for failure to join an indispensable party (Doc. No. 142), and the briefing associated with the motion (Doc. Nos. 143, 155, 156), **IT IS ORDERED THAT** Defendants' motion (Doc. No. 142) is **DENIED**.

s/ Yvette Kane
_____
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania