**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **THE PENNSYLVANIA STATE UNIVERSITY,** | : | **No. 1:19-cv-02039** |
| **Plaintiff** | : | |
| | : | **(Judge Kane)** |
| **v.** | : | |
| | : | |
| **KEYSTONE ALTERNATIVES LLC d/b/a GOPSURV.COM and MARK LAUER,** | : | |
| | : | |
| | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, on this 6th day of March 2023, upon consideration of Plaintiff's Motion to Exclude the Opinions of Jeffrey J. Neuman Under Rule 702 and Daubert (Doc. No. 140) and the briefing and exhibits submitted in connection with the motion, and in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT** Plaintiff's Motion to Exclude the Opinions of Jeffrey J. Neuman (Doc. No. 140) is **GRANTED**.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania