## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE PENNSYLVANIA STATE UNIVERSITY, | : | No. 1:19-cv-02039 |
|     Plaintiff | : | |
| | : | (Judge Kane) |
| v. | : | |
| | : | |
| KEYSTONE ALTERNATIVES LLC d/b/a GOPSURV.COM and MARK LAUER, | : | |
|     Defendants | : | |

## ORDER

**AND NOW**, on this 19th day of September 2024, upon consideration of Plaintiff The Pennsylvania State University ("Plaintiff")'s motion for summary judgment (Doc. No. 176) and supporting papers (Doc. Nos. 178–79), and Defendants Keystone Alternatives LLC d/b/a GoPSUrv.com and Mark Lauer ("Defendants")' brief in opposition and supporting papers (Doc. Nos. 189–90), as well as all relevant evidence of record, **IT IS ORDERED THAT**:

1. Plaintiff's motion for summary judgment (Doc. No. 176) is **GRANTED IN PART** and **DENIED IN PART**, as follows:

    a. Plaintiff's motion is **GRANTED** as to Defendants' counterclaim count two (Doc. No. 32 at 17), and the Clerk of Court is directed to defer entry of judgment on that count until the conclusion of the case;

    b. Plaintiff's motion is **DENIED** in all other respects; and

2. A telephone status conference will be held on **September 24, 2024 at 3:00 p.m.** to discuss a trial date. Plaintiff's counsel shall initiate the conference call. The telephone number of the Court for purposes of the call is 717-221-3990.

                                                  s/ Yvette Kane
                                                  Yvette Kane, District Judge
                                                  United States District Court
                                                  Middle District of Pennsylvania